RECEIVED
OCT 23 2014

**STATE OF MISSOURI**
**DEPARTMENT OF CORRECTIONS**
**INFORMAL RESOLUTION REQUEST**

INSTITUTION USE ONLY    ☐ EMERGENCY COMPLAINT

| OFFENDER NAME | DOC NUMBER |
|---|---|
| Raybourn Connie | 1166670-2B-205 |

| DATE STAFF RECEIVED IRR | COMPLAINT NUMBER | CATEGORY | HOUSING UNIT |
|---|---|---|---|
| 10-21-14 | 14-363 | 5 | 2B |

**COMPLAINT - ONE ISSUE - BE SPECIFIC**

- Knowing failure of Medical staff at WERDCC to administer prescribed medi-
cation; - Recommendation from oncologist not followed; - DOC Medical's denial,
delay of, and intentional interference w/treatment; - Infliction of pain.

**STATE YOUR PROBLEM BRIEFLY**

Please see attached.

**ACTION REQUESTED: STATE REMEDIES YOU ARE SEEKING**

Use of Leunasta instead of Granix to rebuild white blood cell count, as
recommended by oncologist. Eliminate pain of 5 or 6 daily injections of
Granix by giving only one injection of Leunasta. Hernia repair.

**STAFF USE ONLY**

**DISCUSSION OF COMPLAINT (SUMMARIZE RESULTS OF MEETING)**

11/24/14 - "States Granix is not working - missed 6 chemo tx" - wants Neulasta
- all labs to be sent out STAT to consistent lab processing center
- 2 granix shots w/ chemo & 4 shots of Granix p chemo

- Wants a white to ✓ or scarf, hats, & gloves as recommended
All lab work sent STAT to AMC for quick results

☐ IRR RESOLVED BY DISCUSSION/WITHDRAWN    ☑ IRR NOT RESOLVED BY DISCUSSION

| OFFENDER SIGNATURE | DATE | STAFF SIGNATURE | DATE |
|---|---|---|---|
| Connie Raybourn | 11-24-14 | Tanis Bronner | |

**STAFF FINDINGS/RESPONSE**

Correction: Neulasta not Lunasta. Concern is that
six missed treatments due to Granix and not
following oncologist's orders will increase
likelihood of cancer coming back. Also the pain
of 6 shots of Granix vs. Neulasta. Lab work will
now be handled at AMC. (This was written by inmate) DHRUDN

| INVESTIGATING STAFF SIGNATURE | DATE | RESPONDENT SIGNATURE | DATE |
|---|---|---|---|
| Tena Brown RN | 11/24/14 | D. Watterman RN | 11/24/14 |

| REVIEWER SIGNATURE | DATE | RESULTS |
|---|---|---|
| AMC - AW | 11-25-14 | ☐ SATISFACTORY   ☑ UNSATISFACTORY |

YOU HAVE THE RIGHT TO FILE A FORMAL GRIEVANCE. YOU MUST FILE A GRIEVANCE FORM WITH THE DESIGNATED STAFF WITHIN SEVEN (7) DAYS FROM THE DATE YOU RECEIVE THIS RESPONSE. FAILURE TO SUBMIT A GRIEVANCE WITHIN THIS TIME FRAME CONSTITUTES ABANDONMENT.

| OFFENDER SIGNATURE | DATE |
|---|---|
| Connie Raybourn | 11-26-14 |

MO 931-3376 (12-04)

VI

RECEIVED
OCT 2 8 2014

IRR - Raybourn, Connie
1166670-2B-205
10/18/14

STATE YOUR PROBLEM BRIEFLY:

In February, I underwent surgery for the removal of a cancerous tumor (Stage III) from my transverse colon. Dr. Corrado at the Audrain Medical Center was my surgeon. He asked why I had not had a colonoscopy, since I was 52 at the time. I told him that, ever since I turned 50, I had been asking for one when I had my "chronic care" appointments. The doctors, Kapur and Rice, both told me that unless I had blood in my stool, they would not give me one. However, there is a big poster in the med-line room which tells us to have a colonoscopy when we turn 50. Dr. Corrado assured me that, had I been given a colonoscopy, it would have detected the tumor, and that it had been growing for several years to reach that stage. Before my surgery, I was very sick, unable to stand, threw up everything I ate, couldn't have a bowel movement. I went to Sick Call and was told to drink more water, take my Tylenol, and exercise, then sent back to my housing unit. No diagnostic tests were done until, finally, a temporary doctor (?), Dr. Springer, had an x-ray done and said my colon was looking large/impacted. They had me drink some magnesium citrate (?) and I couldn't keep it down. I was sent back to the housing unit. Not much later, I was called to see my caseworker, Ms. Wilder. She told me I looked GRAY and made me take a wheelchair over to sick call again. I sat waiting for hours before being given another x-ray and was told to drink the magnesium citrate again. This time I was sent over to TCU to drink it. I threw up my bowel contents (looked like feces). Nurse Jane West went over to the toilet to dump the contents of the styrofoam cup. I told her "NO! Show it to the doctor!" She was the nurse who had previously told me I was just lazy and needed to walk more and drink more water. When the doctor saw what I had thrown up, she (Dr. Springer) went straight to Dr. Kapur and told him I needed to be in the hospital, that something was seriously wrong. She told me my urine test showed I was completely dehydrated. Nurse West put an IV in my arm (with no fluids) before I left in the DOC van for the hospital, I believe to make it appear that I'd been given fluids, which was not the case. When we reached the Audrain Medical Center, Dr. Corrado's staff told us we would have to go all the way to Jefferson City. However, when the doctor himself arrived, he said he would perform my surgery the next morning, because I told him I couldn't ride strapped in the wheelchair, all cuffed up, for another hour-and-a-half to Jefferson City. I was too far gone already. I should have been in an ambulance, with fluids in my IV, not a DOC van. The surgery was a colon resection, with about 5" removed, along with 19 lymph nodes, 2 of which showed cancer. I was told that I would have 12 sessions of chemotherapy to make sure all the cancer was gone. I started chemo on May 13. Before that, while in TCU here, my sutures tore open and I leaked bloody fluid all over the floor. I was not taken back to the hospital to repair the "hernia," and was told that the abcess needed to drain. This tear was just above my belly button. Soon after this, another huge tear opened up just beneath my ribs, about a foot across. It is now bulging out in a

*8 days* (handwritten margin note)

*+Neff* (handwritten margin note)

IRR - Raybourn, Connie
1166670-2B-205
10/18/14
Page 2

giant painful hernia. No diagnostic tests have been done to de-
termine the extent of the tear, but several nurses have felt it.
I need to be seen by my surgeon, Dr. Corrado, for repair, before
it becomes gangrenous.
Back to the chemotherapy. When I had my first chemo on May 13,
October 14 would have been my last treatment (every 2 weeks). As
of now, I have been unable to have five (5) treatments due to my
white blood cell count being too low. Twice I have had to be
placed in isolation. These delays in treatment are due to not being
given the Neulasta, as prescribed by the oncologist. I was told by
Dr. Kapur that DOC had changed its policy on Neulasta - that it was
no longer "formulary." Instead, he substituted Granix. Instead of
one shot of Neulasta, I was then required to have 5 or 6 shots of the
Granix, one a day, in the stomach. This is much more painful being
stuck so many times, and having the chest pain and diarrhea made it
even moreso. Plus, the Neulasta shot lasts two weeks and doesn't
taper off like the Granix does. Since switching to Granix, I've
missed the following treatments: May 27, June 3, August 12, Sep-
tember 9 and October 7. Now I must have 2-1/2 months more treat-
ment. Having my white blood count so dangerously low is life-
threatening. I have no immune system to fight off even a cold.
I consider the current situation to be deliberate indifference to
my serious medical needs. The denial of Neulasta is delaying my
treatment and interfering with the oncologists orders, a knowing
failure to administer prescribed medication. I have also been
scheduled to take Granix shots without having a blood test in
between to see how they are affecting my count. I was told by
the oncologist that regular blood testing must be done to see how
many more shots are needed. This last treatment, my count was
"critically high" according to the Cancer Center attendant, at
44,000. They went ahead and gave me chemo even though my count has
not been stable. They told me not to have more Granix shots until
a blood test warrants it. My most recent chemo was October 14, and
that was number 7 out of 12. I still have 5 more to go.

Please allow the Neulasta shot for the remaining treatments? And
please schedule me for diagnostic tests/repairs on my two hernias?
During the PET scan I was told I have a cyst on my left ovary too.
I'd like to know what's going on with that. Thank you.

# IRR Response

To: Connie Raybourn #1166670

Institution: WERDCC

Grievance Number: WERDCC 14-363

Date of IRR: October 21, 2014

Your IRR has been received and reviewed as well as your medical record. The purpose of this review is to determine if medically necessary health care, as determined by your providers, has been provided to you. This assessment of your medical needs may differ from your personal desires.

Your concern is understood to be, you were originally started on Neulasta and your medication has been changed to Granix. You are requesting to be prescribed Neulasta because it is the only medication that will work.

Subsequent to review and investigation, Granix is the medication that is recommended as first line of therapy. This has been discussed with the specialist and at the present time will be continued. Labs are being sent out STAT to St. Mary's Audrain as ordered. This will make the process more consistent and efficient. The results will be available for review the same day.

In conclusion, your medical needs are being met and the physician will continue to monitor your condition. Granix will be continued to be given at this time.

If your medical condition changes, please address any concerns through the sick call process.

10/23/14                 11/24/14                 Danielle Halterman RN, DON
Date Received         Date of Response         Danielle Halterman, RN
                                                                   Director of Nursing

STATE OF MISSOURI
DEPARTMENT OF CORRECTIONS
**OFFENDER GRIEVANCE**

| GRIEVANCE NUMBER | IRR NUMBER | DATE FILED |
|---|---|---|
| WERDCC 14-363 | WERDCC 14-363 | DEC 1 2 2014 |

RECEIVED

Grievance Office WERDCC

**INSTITUTION USE ONLY**

| OFFENDER LAST NAME | FIRST | DOC NUMBER | HOUSING UNIT | UNIT | INSTITUTION |
|---|---|---|---|---|---|
| Rayhourn | Connie | 1166670 | 2B | | WERDCC |

**OFFENDER GRIEVANCE/REQUEST**

Granix is still being used in spite of it being detrimental to my health, and in spite of ~~ongon~~ oncologist's orders to use Neulasta. Oncologist was told Neulasta was not an option. Granix affects me in the following ways: Up to 7 injections (instead of one of Neulasta) which cause severe pain in the chest/sternum area, bleeding rectum during BM, bloody nose and gums/tongue, painful erosion of labia skin, pain at the injection site (stomach), severe diarrhea, dry mouth, lowers my immune system, placed in isolation because Granix does not rebuild my white blood cells/leukocytes adequately. Granix endangers my life by not lasting long enough (as Neulasta did). I'm susceptible to colds and germs in prison population, bleeding/platelets low

OFFENDER SIGNATURE  *Connie Rayhourn*   DATE 12-2-14

**SUPERINTENDENT RESPONSE**

&supported - See attached

RECEIVED

JAN 0 9 2015

Grievance Office WERDCC

| SUPERINTENDENT/SECTION HEAD | | DATE |
|---|---|---|
| *[signature]* Tom Dunn, AWDM | | 12/17/14 |

You have the right to appeal this decision to a division director. You must file an appeal form with the grievance officer within seven (7) days from the day you receive this decision. Failure to submit an appeal within this time frame constitutes abandonment of the grievance.

☐ I ACCEPT THIS DECISION          ☐ I APPEAL THIS DECISION

| OFFENDER SIGNATURE | | DATE |
|---|---|---|
| | | |

MO 931-3377 (12-04)

## Grievance Response

**To: Connie Raybourn #1166670**

**Institution:** WERDCC

**Grievance Number:  WERDCC 14-363**

**Date of Grievance:  12-02-2014**

Your Grievance has been received and reviewed as well as your medical record. The purpose of this review is to determine if medically necessary health care, as determined by your health care providers, has been provided to you.

Your concern is understood to be that you are being given Granix instead of Neulasta. Dr. Bredeman has also reviewed your history and your medical file as well as Dr. Kapur. Dr. Kapur has been in close contact with Dr. Waheed the oncologist that assists with your care. You have almost completed the chemo therapy treatment plan. Granix and Neulasta are exacly the same medication other than the Granix must be given daily. You have received your chemo on time except for a few short delays. There was a delay in Cycle 6 and 8 due to low neutrophil counts, both of which were delayed to allow your neutrophils to recover. Cycle 7 was held at your requests (2 weeks). Cycle 11 was delayed because of low platelets, which is a problem that neither Granix or Neulasta would solve. I understand the side effects that you are experiencing are related not only to the medication but also may be related to the chemotherapy.

In conclusion, this response should solve your grievance. Please continue to be an active member in your health care.

If your medical condition changes please address any concerns through the sick call process at your facility.

| 12/12/2014 | 12/17/2014 | |
|---|---|---|
| Date Received | Date of Response | Marilyn Horn, RN, CCHP |
| | | Health Services Administrator |

Dr. Hari Kapur
Medical Director

2-375 4

STATE OF MISSOURI
DEPARTMENT OF CORRECTIONS
**OFFENDER GRIEVANCE APPEAL**

⑤

RECEIVED
FEB 1 8 2015
Grievance Office WERDCC

| GRIEVANCE NUMBER | DATE FILED |
|---|---|
| WERDCC 14-363 | FEB 18 2015 |

| OFFENDER NAME (LAST NAME, FIRST) | DOC NUMBER | INSTITUTION |
|---|---|---|
| Raybourn Connie | 1166670 | WERDCC |

**REASON FOR APPEAL**

Following are the dates I missed chemo treatments due to low neutrophil and/or platelet counts: May 27, Aug 12, Sept 9, Oct 7, Oct 28 and Dec 2. (all 2014) The ONE Neulasta shot was given June 3, and 4 chemo treatments were completed without low counts. Then I was switched to Granix and started missing treatments. The pain and horrible side effects of Granix plus having to have multiple injections (7 instead of one) - one a day - caused chest pain, vomiting, nausea and weakness/lethargy. The Neulasta required only one shot and had none of these side effects. I told Dr. Kapur I suffered from the Granix shots, and they weren't effective or long-lasting, like Neulasta. He told Dr. Waheed that Neulasta "wasn't an option."

OFFENDER SIGNATURE
Connie Raybourn  1166670      2-7-15

**RESPONSE**

DELIVERED APR 07 2015

RECEIVED
FEB 2 6 2015
DIRECTOR, DIV OF OFFENDER
REHABILITATIVE SERVICES

RECEIVED
APR 2 3 2015
Grievance Office WERDCC

RECEIVED
FEB 25 2015
CORIZON
MISSOURI REGIONAL OFFICE

| SIGNATURE | DATE |
|---|---|

Finalization of this appeal represents exhaustion of this grievance pursuant to federal law, 28 CFRs 40

| OFFENDER SIGNATURE | DATE |
|---|---|

MO 931-3378 (5-03)

## OFFENDER GRIEVANCE APPEAL RESPONSE

**TO:**                          Raybourn, Connie       #1166670

**INSTITUTION:**          Women's Eastern Reception & Diagnostic Correctional Center

**GRIEVANCE NUMBER:**     WERDCC-14-363

**DATE OF APPEAL:**       February 18, 2015

Your grievance appeal has been received and reviewed. As well, your medical record has been reviewed. The purpose of this review is to assure that timely and appropriate healthcare has been provided to you. This assessment of your medial needs may differ from your personal desires.

I understand your one original IRR complaint to be that you contend that due to receiving Granix, instead of Neulasta, there was a delay in receiving your chemotherapy.

Upon review of your medial record, grievance records and investigation of your concern, I found that you signed your Offender Grievance response on February 3, 2015 and did not file an Offender Grievance Appeal until after the seven day established time frame. Your record notes that you filed the grievance appeal on February 18, 2015. This grievance is considered abandoned per policy and will not be answered based on the above information. *The "Offender Grievance Appeal" form was given to me on 2-3-15 (see upper-right-hand corner) and I filed it 2-7-15, 4 days later. See*

Conclusion: Based on the above information, your grievance appeal is not supported, as outlined above. Your *date,* record shows appropriate care and treatment of your medial issues by licensed, qualified healthcare *CR* professionals with many years of experience. We rely upon the independent, discretionary medical judgment of the site providers to determine the needed care, medication, and treatment.

This should resolve your grievance. No further action is indicated at this time.

Should your medical condition change, please address any concerns through the sick call process at your facility.

| | | |
|---|---|---|
| _02/25/2015_ | _04/06/2015_ | _SMoeller_ |
| Date Received | Date of Response | S. Moeller |

COPY

Reviewed by/ Date
T.K. Bredeman, D.O., Assoc Regional Medical Director

Cc: File, H.S.A., Medical Director

**EXHIBIT A-2**

STATE OF MISSOURI
DEPARTMENT OF CORRECTIONS
INFORMAL RESOLUTION REQUEST

☐ INSTITUTION USE ONLY   ☐ EMERGENCY COMPLAINT

| OFFENDER NAME Connie Raybourn | | | DOC NUMBER 1166670 |
|---|---|---|---|
| DATE STAFF RECEIVED IRR 12-4-14 | COMPLAINT NUMBER 14-410 | CATEGORY 5 | HOUSING UNIT 2B |

**COMPLAINT - ONE ISSUE - BE SPECIFIC**

I have missed another chemo treatment because I'm not being given Neulasta. My platelets do not respond to the Granix. I have pain & bleeding.

**STATE YOUR PROBLEM BRIEFLY**

I hurt all the time - my bones ache; I have severe pain in my sternum; my nose, mouth, and rectum are constantly bleeding. The Granix injection site aches. My oncologist ordered Neulasta and was told by Dr. Waheed Kapur that Neulasta was not an option."

**ACTION REQUESTED: STATE REMEDIES YOU ARE SEEKING**

I want the Neulasta that my oncologist ordered. Granix has delayed my chemo treatments and caused undue pain and suffering & impaired immunity.

**DISCUSSION OF COMPLAINT (SUMMARIZE RESULTS OF MEETING)**

Duplicate Complaint

☐ IRR RESOLVED BY DISCUSSION/WITHDRAWN   ☐ IRR NOT RESOLVED BY DISCUSSION

| OFFENDER SIGNATURE | DATE | STAFF SIGNATURE D.Halterman RN | DATE 1/12/15 |
|---|---|---|---|

**STAFF FINDINGS/RESPONSE**

See response

RECEIVED
DEC 10 2014

| INVESTIGATING STAFF SIGNATURE D.Halterman RN | DATE 1/12/15 | RESPONDENT SIGNATURE D.Halterman RN | DATE 1/12/15 |
|---|---|---|---|
| REVIEWER SIGNATURE | DATE 1-5-15 | RESULTS ☐ SATISFACTORY ☒ UNSATISFACTORY | |

YOU HAVE THE RIGHT TO FILE A FORMAL GRIEVANCE. YOU MUST FILE A GRIEVANCE FORM WITH THE DESIGNATED STAFF WITHIN SEVEN (7) DAYS FROM THE DATE YOU RECEIVE THIS RESPONSE. FAILURE TO SUBMIT A GRIEVANCE WITHIN THIS TIME FRAME CONSTITUTES ABANDONMENT.

| OFFENDER SIGNATURE Connie Raybourn | DATE 1-21-15 |
|---|---|

MO 931-3376 (12-04)

## IRR Response

**To: Connie Raybourn #1166670**

**Institution: WERDCC**

**Grievance Number: WERDCC 14-410**

**Date of IRR: January 12, 2015**

Your IRR has been received and reviewed.

As per policy D5-3.2 this is a misuse of the offender grievance process which includes the filing of duplicate IRR's. Policy prohibits the filing of a complaint more than once by the same offender on the same issue that is currently being addressed or has already been addressed through the grievance process.

Please refer to Grievance 14-363. This issue has been addressed through the IRR and Grievance process.

At this time we will continue to monitor your condition and follow up as needed.

| | | |
|---|---|---|
| 12/10/14 | 01/12/15 | D Halterman RN DON |
| Date Received | Date of Response | Danielle Halterman, RN |
| | | Director of Nursing |

STATE OF MISSOURI
DEPARTMENT OF CORRECTIONS
**OFFENDER GRIEVANCE APPEAL**

| GRIEVANCE NUMBER | DATE FILED |
|---|---|
| WERDCC 14-410 | MAR 4 2015 |

| OFFENDER NAME (LAST NAME, FIRST) | DOC NUMBER | INSTITUTION |
|---|---|---|
| Rayburn Connie | 1164470 | Grievance Office WERDCC |

**REASON FOR APPEAL**

This is not a duplicate, IRR. It's purpose is to document the repeated use of an ineffective drug (Granix) that caused pain, failed to restore blood levels before next chemo treatments, put my life in danger (isolation required), etc. I am documenting each instance of various ways I suffered from Granix. My oncologist was told by Dr. Kapur that Neulasta was no longer an option, but I was told that, if the Granix continued to be ineffective, I would be given the Neulasta again. Critically low blood-counts caused me to be rejected and sent back here when on outcounts for chemo treatments. The chemo nurses were upset over delays.

| OFFENDER SIGNATURE | DATE |
|---|---|
| Connie Rayburn | 3-4-15 |

**RESPONSE**

RECEIVED
MAR 18 2015
DIRECTOR, DIV OF OFFENDER
REHABILITATIVE SERVICES

RECEIVED
MAR 23 2015
CORIZON
MISSOURI REGIONAL OFFICE

| SIGNATURE | DATE |
|---|---|
|  |  |

Finalization of this appeal represents exhaustion of this grievance pursuant to federal law, 28 CFRs 40

| OFFENDER SIGNATURE | DATE |
|---|---|
|  |  |

MO 931-3378 (5-03)

## Grievance Response

**To: Connie Raybourn #1166670**

**Institution: WERDCC**

**Grievance Number: WERDCC 14-410**

**Date of Grievance: 1-26-2015**

Your Grievance has been received and reviewed as well as your medical record. The purpose of this review is to determine if medically necessary health care, as determined by your health care providers, has been provided to you.

This is a duplicate grievance. Please refer to grievance number 14-363.
As per policy D5-3.2 this is a misuse of the offender grievance process which includes the filing of duplicate grievances. Policy prohibits the filing of a complaint more than once by the same offender on the same issue that has currently been addressed.

Since this time you have completed all of your cycles of chemo and will be followed up with the oncologists.

In conclusion, this response should solve your grievance. Please continue to be an active member in your health care.

If your medical condition changes please address any concerns through the sick call process at your facility.

<u>02/10/2015</u>      <u>02/19/2015</u>
Date Received       Date of Response

Marilyn Horn, RN, CCHP
Health Services Administrator

Dr. Hari Kapur
Medical Director



COPY

STATE OF MISSOURI
DEPARTMENT OF CORRECTIONS
**OFFENDER GRIEVANCE**

GRIEVANCE NUMBER
WERDCC
14-410

IRR NUMBER WERDCC
14-410

RECEIVED
DATE FILED
FEB 03 2015
Grievance Office WERDCC

| INSTITUTION USE ONLY | | | | | |
|---|---|---|---|---|---|
| OFFENDER LAST NAME | FIRST | DOC NUMBER | HOUSING UNIT | UNIT | INSTITUTION |
| RAYBOURN, | CONNIE | 1166670 | 2B | | WERDCC |

**OFFENDER GRIEVANCE/REQUEST**

Pursuant to Grievance #WERDCC 14-410 response dated January 12, 2015, which states "misuse of offender grievance process which includes the filing of duplicate IRR's", I assure you this is not the case. The purpose of these SIMILAR IRRs is to show that Corizon is "doggedly persisting in a course of treatment known to be ineffective." The Granix has proven, over and over, to not restore my leukocytes/WBC to normal levels in a timely fashion, unlike the Neulasta did, when I first began chemo treatments with it. The low WBC and leukocyte counts endanger my life EACH TIME because my immune system is critically impaired and I must be placed in isolation. Each time the Granix doesn't work, I was told that "if it doesn't work this time, we will switch you back to Neulasta." That never happened, even though I was repeatedly deemed critically low on my bloodcounts. Each separate incidence needs to be documented, therefore the SIMILAR IRRs. Neulasta was & was not an option.

OFFENDER SIGNATURE  *Connie Raybourn* 1166670

DATE  1-26-15

**SUPERINTENDENT RESPONSE**

*duplicate,*
*Chemo done*

RECEIVED
FEB 10 2015

SUPERINTENDENT/SECTION HEAD  *Tom Dung Dixon*

DATE  2/9/15

You have the right to appeal this decision to a division director. You must file an appeal form with the grievance officer within seven (7) days from the day you receive this decision. Failure to submit an appeal within this time frame constitutes abandonment of the grievance.

☐ I ACCEPT THIS DECISION          ☐ I APPEAL THIS DECISION

OFFENDER SIGNATURE

DATE

MO 931-3377 (12-04)

## OFFENDER GRIEVANCE APPEAL
## RESPONSE

**TO:**                           **Raybourn, Connie #1166670**

**INSTITUTION:**           **Women's Eastern Reception and Diagnostic Correctional Center**

**GRIEVANCE NUMBER:**    **WERDCC-14-410**

**DATE OF APPEAL:**        **March 10, 2015**

Your grievance appeal has been received and reviewed.  As well, your medical record has been reviewed.  The purpose of this review is to assure that timely and appropriate healthcare has been provided to you.  This assessment of your medical needs may differ from your personal desires.

I understand your one original IRR complaint to be you contend that you are requesting your medication Granix to be discontinued and the medication Neulasta to be ordered.

Upon review of your medical record, grievance records and investigation of your concern, I found the medical staff at WERDCC has previously addressed this issue in WERDCC-14-363, this issue was responded to on April 6, 2015. Per the offender grievance policy D5-3.2, duplicate complaints: specific issues or incidents will be addressed only once by informal resolution request or offender grievance. See copy of that response. This is a duplicate complaint and will not be readdressed per MDOC policy.

Conclusion: Based on the above information, your Grievance Appeal is not supported, as outlined above. Your record shows appropriate care and treatment for your medical issues by licensed, qualified healthcare professionals with many years of experience.  We rely upon the independent, discretionary medical judgment of the site physicians to determine what care, medication and treatment is needed.

This should resolve your grievance.  No further action is indicated at this time.

Should your medical condition change, please address any concerns through the sick call process at your facility.

| March 23, 2015 | June 05, 2015 |
| --- | --- |
| Date Received | Date of Response |

J. Cofield
Director Operations, Constituent Services

Reviewed by/Date
T.Bredeman,D.O. Assoc. Regional Medical Director

Cc: File, H.S.A., Medical Director

EXHIBIT A-3

STATE OF MISSOURI
DEPARTMENT OF CORRECTIONS
INFORMAL RESOLUTION REQUEST

INSTITUTION USE ONLY    ☐ EMERGENCY COMPLAINT

| OFFENDER NAME Rayborn Connie | | DOC NUMBER 1166670 |
| DATE STAFF RECEIVED IRR 12-4-14 | COMPLAINT NUMBER 14-411 | CATEGORY 5 | HOUSING UNIT 2B |

**COMPLAINT - ONE ISSUE - BE SPECIFIC**

I am facing the risk of harm (cancer coming back) due to the deprivation of prescribed medication. Missed (7) seven chemo treatments due to low blood counts.

**STATE YOUR PROBLEM BRIEFLY**

Compromised immune system can be fatal, and I have been dealing with low leukocytes/WBCs since being switched from Neulasta to Granix. Critically low levels have caused me to be held in isolation, yet oncologist's orders for Neulasta have been ignored.

**ACTION REQUESTED: STATE REMEDIES YOU ARE SEEKING**

Replace Granix with Neulasta.
Monetary damages for pain & suffering and prolonged treatment.

**STAFF USE ONLY**

**DISCUSSION OF COMPLAINT (SUMMARIZE RESULTS OF MEETING)**

Duplicate complaint

☐ IRR RESOLVED BY DISCUSSION/WITHDRAWN    ☐ IRR NOT RESOLVED BY DISCUSSION

| OFFENDER SIGNATURE | DATE | STAFF SIGNATURE D. Halter RN | DATE 1/12/15 |

**STAFF FINDINGS/RESPONSE**

See Response

RECEIVED
DEC 10 2014

| INVESTIGATING STAFF SIGNATURE D. Halterman RN | DATE 1/12/15 | RESPONDENT SIGNATURE D. Halterman RN | DATE 1/12/15 |
| REVIEWER SIGNATURE | DATE 1-15-15 | RESULTS ☐ SATISFACTORY ☒ UNSATISFACTORY | |

YOU HAVE THE RIGHT TO FILE A FORMAL GRIEVANCE. YOU MUST FILE A GRIEVANCE FORM WITH THE DESIGNATED STAFF WITHIN SEVEN (7) DAYS FROM THE DATE YOU RECEIVE THIS RESPONSE. FAILURE TO SUBMIT A GRIEVANCE WITHIN THIS TIME FRAME CONSTITUTES ABANDONMENT.

| OFFENDER SIGNATURE Connie Rayborn | DATE 1-21-15 |

MO 931-3376 (12-04)

# IRR Response

**To:  Connie Raybourn #1166670**

**Institution:  WERDCC**

**Grievance Number:  WERDCC 14-411**

**Date of IRR:  January 12, 2015**

Your IRR has been received and reviewed.

As per policy D5-3.2 this is a misuse of the offender grievance process which includes the filing of duplicate IRR's. Policy prohibits the filing of a complaint more than once by the same offender on the same issue that is currently being addressed or has already been addressed through the grievance process.

Please refer to Grievance 14-363. This issue has been addressed through the IRR and Grievance process.

At this time we will continue to monitor your condition and follow up as needed.


| 12/10/14 | 01/12/15 | Danielle Halterman, RN |
| Date Received | Date of Response | Director of Nursing |

RECEIVED

## STATE OF MISSOURI
### DEPARTMENT OF CORRECTIONS
**OFFENDER GRIEVANCE**

| GRIEVANCE NUMBER | IRR NUMBER | DATE FILED |
|---|---|---|
| WERDCC 14-411 | WERDCC 14-411 | FEB 03 2015 |

**INSTITUTION USE ONLY**

Grievance Office WERDCC

| OFFENDER LAST NAME | FIRST | DOC NUMBER | HOUSING UNIT | UNIT | INSTITUTION |
|---|---|---|---|---|---|
| RAYBOURN, | CONNIE | 1166670 | 2B | | WERDCC |

**OFFENDER GRIEVANCE/REQUEST**

Again, this is NOT a duplicate IRR/Grievance.  These are separate incidents and each cite a specific risk of harm to me.  This one concerns how many chemo treatments I've missed due to my WBC/leukocyte levels not recovering due to Granix being substituted for Neulasta.  The 8th Amendment specifically states that "Prison officials are deliberately indifferent to a prisoner's serious medical needs when they deny, delay or intentionally interfere with treatment." Because of the failure to administer Neulasta, as per oncologist's orders, my chemo treatments stretched out 50% longer than they should have taken, and my life was endangered each time my bloodwork showed critically low levels of platelets, WBCs and leukocytes.  My oncologist was told Neulasta was not an option (but I was given it to start with and did great on it).  Then I was switched to Granix and it was ineffective, painful and I had to have 5 to 7 injections instead of only 1 with the Neulasta.  Granix caused chronic pain.

| OFFENDER SIGNATURE | DATE |
|---|---|
| Connie Raybourn  1166670 | 1-26-15 |

**SUPERINTENDENT RESPONSE**

Duplicate
Chemo Completed

RECEIVED

FEB 10 2015

| SUPERINTENDENT/SECTION HEAD | DATE |
|---|---|
| | 2/19/15 |

You have the right to appeal this decision to a division director. You must file an appeal form with the grievance officer within seven (7) days from the day you receive this decision. Failure to submit an appeal within this time frame constitutes abandonment of the grievance.

☐ I ACCEPT THIS DECISION          ☐ I APPEAL THIS DECISION

| OFFENDER SIGNATURE | DATE |
|---|---|
| | |

MO 931-3377 (12-04)

## Grievance Response

**To: Connie Raybourn #1166670**

**Institution:  WERDCC**

**Grievance Number:  WERDCC 14-411**

**Date of Grievance:  1-26-2015**

Your Grievance has been received and reviewed as well as your medical record. The purpose of this review is to determine if medically necessary health care, as determined by your health care providers, has been provided to you.

This is a duplicate grievance.  Please refer to grievance number 14-363.
As per policy D5-3.2 this is a misuse of the offender grievance process which includes the filing of duplicate grievances.  Policy prohibits the filing of a complaint more than once by the same offender on the same issue that has currently been addressed.

Since this time you have completed all of your cycles of chemo and will be followed up with the oncologists.

In conclusion, this response should solve your grievance.  Please continue to be an active member in your health care.

If your medical condition changes please address any concerns through the sick call process at your facility.

| 02/10/2015 | 02/19/2015 | |
|---|---|---|
| Date Received | Date of Response | Marilyn Horn, RN, CCHP |
| | | Health Services Administrator |

COPY

Dr. Hari Kapur
Medical Director

2-2215

RECEIVED

⑤

## STATE OF MISSOURI
## DEPARTMENT OF CORRECTIONS
### OFFENDER GRIEVANCE APPEAL

| | | |
|---|---|---|
| GRIEVANCE NUMBER | DATE FILED | |
| WERDCC 14-411 | 3-4-15 | 2015 |
| | Grievance Office WERDCC | |

| OFFENDER NAME (LAST NAME, FIRST) | DOC NUMBER | INSTITUTION |
|---|---|---|
| Rayburn Connie | 1166670 | WERDCC |

**REASON FOR APPEAL**

This is not a duplicate IRR. It specifically addresses the "DELAY in treatment." (chemo) caused by the substitution of Granix instead of the much more effective Neulasta. The failure of Granix to restore my WBC count, leukocytes & platelet levels endangered my life each time by compromising my immune system. Having to be kept in isolation showed that Granix wasn't working. Neulasta stayed in my system for a long time, and I only needed one injection versus 5-7 of Granix. Granix injections had painful side effects, and didn't bring quick results. Many chemo-treatments were missed/rescheduled due to Granix.

| OFFENDER SIGNATURE | DATE |
|---|---|
| Connie Rayburn | 3-4-15 |

**RESPONSE**

RECEIVED
MAR 2 3 2015
CORIZON
MISSOURI REGIONAL OFFICE

RECEIVED
MAR 1 8 2015
DIRECTOR, DIV OF OFFENDER
REHABILITATIVE SERVICES

RECEIVED
JUN 09 2015
Grievance Office WERDCC

DELIVERED MAY 1 9 2015

| SIGNATURE | DATE |
|---|---|
| | |

Finalization of this appeal represents exhaustion of this grievance pursuant to federal law, 28 CFRs 40

| OFFENDER SIGNATURE | DATE |
|---|---|
| Con | |

MO 931-3378 (5-03)

## OFFENDER GRIEVANCE APPEAL
## RESPONSE

**TO:**                      **Raybourn, Connie #1166670**

**INSTITUTION:**          **Women's Eastern Reception and Diagnostic Correctional Center**

**GRIEVANCE NUMBER:**     **WERDCC-14-411**

**Date of IRR:**          **March 04, 2015**

Your grievance appeal has been received and reviewed.  As well, your medical record has been reviewed.  The purpose of this review is to assure that timely and appropriate healthcare has been provided to you.  This assessment of your medical needs may differ from your personal desires.

I understand your one original IRR complaint to be you are requesting to receive the medication Granix instead of Neulasta.

Upon review of your medical record, grievance records and investigation of your concern, I found the medical staff at WERDCC has previously addressed this issue in WERDCC-14-363, this issue was responded to on April 6, 2015. Per the offender grievance policy D5-3.2, duplicate complaints: specific issues or incidents will be addressed only once by informal resolution request or offender grievance. See copy of that response. This is a duplicate complaint and will not be readdressed per MDOC policy.

Conclusion: Based on the above information, your Grievance Appeal is not supported, as outlined above. Your record shows appropriate care and treatment for your medical issues by licensed, qualified healthcare professionals with many years of experience.  We rely upon the independent, discretionary medical judgment of the site physicians to determine what care, medication and treatment is needed.

This should resolve your grievance.  No further action is indicated at this time.

Should your medical condition change, please address any concerns through the sick call process at your facility.

**March 23, 2015**     **May 19, 2015**
**Date Received**       **Date of Response**     J. Cofield
                                                Director Operations, Constituent Services

                                                Reviewed by/Date
                                                T.Bredeman,D.O. Assoc. Regional Medical Director

Cc: File, H.S.A., Medical Director

COPY

EXHIBIT A-4

12-24-14

STATE OF MISSOURI
DEPARTMENT OF CORRECTIONS
**INFORMAL RESOLUTION REQUEST**

INSTITUTION USE ONLY ☐ EMERGENCY COMPLAINT

| OFFENDER NAME Rayburn Connie | | DOC NUMBER 1166670 | |
| DATE STAFF RECEIVED IRR 12-30-14 | COMPLAINT NUMBER 14-429 | CATEGORY 5 | HOUSING UNIT 2B |

**COMPLAINT - ONE ISSUE - BE SPECIFIC**

Unstoppable bleeding due to failure of Granix to restore platelets. Low platelet levels cause serious risk if cut.

**STATE YOUR PROBLEM BRIEFLY**

I got a paper cut at the library - wouldn't stop bleeding. I soaked several paper towels and the CO gave me a Bandaid that was immediately soaked. Bloodwork showed platelets were low. Granix shots are ineffective, yet still being administered. Oncologist recommends Neulasta, not Granix.

**ACTION REQUESTED: STATE REMEDIES YOU ARE SEEKING**

I need Neulasta - it worked, the Granix doesn't. And the inability to clot endangers my life. Please review the number of missed chemos due to poor blood (WBC) counts.

**STAFF USE ONLY**

**DISCUSSION OF COMPLAINT (SUMMARIZE RESULTS OF MEETING)**

Duplicate Complaint

| ☐ IRR RESOLVED BY DISCUSSION/WITHDRAWN | | ☐ IRR NOT RESOLVED BY DISCUSSION | |
| OFFENDER SIGNATURE | DATE | STAFF SIGNATURE | DATE |

**STAFF FINDINGS/RESPONSE**

Please see attached response

RECEIVED
JAN 0 5 2015

| INVESTIGATING STAFF SIGNATURE Dun Otterman RN | DATE 1/12/15 | RESPONDENT SIGNATURE D Walton RN | DATE 1/12/15 |
| REVIEWER SIGNATURE ___ FI = AW | DATE 1-15-15 | RESULTS ☐ SATISFACTORY ☒ UNSATISFACTORY | |

YOU HAVE THE RIGHT TO FILE A FORMAL GRIEVANCE. YOU MUST FILE A GRIEVANCE FORM WITH THE DESIGNATED STAFF WITHIN SEVEN (7) DAYS FROM THE DATE YOU RECEIVE THIS RESPONSE. FAILURE TO SUBMIT A GRIEVANCE WITHIN THIS TIME FRAME CONSTITUTES ABANDONMENT.

| OFFENDER SIGNATURE Connie Rayburn | DATE 1-21-15 |

MO 931-3376 (12-04)

# IRR Response

To: Connie Raybourn #1166670

Institution: WERDCC

Grievance Number: WERDCC 14-429

Date of IRR: January 12, 2015

Your IRR has been received and reviewed.

As per policy D5-3.2 this is a misuse of the offender grievance process which includes the filing of duplicate IRR's. Policy prohibits the filing of a complaint more than once by the same offender on the same issue that is currently being addressed or has already been addressed through the grievance process.

Please refer to Grievance 14-363. This issue has been addressed through the IRR and Grievance process.

At this time we will continue to monitor your condition and follow up as needed.


01/05/15          01/12/15
Date Received     Date of Response          D.Halterman RN DON
                                            Danielle Halterman, RN
                                            Director of Nursing

**STATE OF MISSOURI**
**DEPARTMENT OF CORRECTIONS**
**OFFENDER GRIEVANCE**

| GRIEVANCE NUMBER | IRR NUMBER | DATE FILED |
|---|---|---|
| WERDCC 14-429 | WERDCC 14-429 | FEB 03 2015 |

**INSTITUTION USE ONLY**                                   Grievance Office WERDCC

| OFFENDER LAST NAME | FIRST | DOC NUMBER | HOUSING UNIT | UNIT | INSTITUTION |
|---|---|---|---|---|---|
| RAYBOURN, | CONNIE | 1166670 | 2B | | WERDCC |

**OFFENDER GRIEVANCE/REQUEST**

This grievance pertains to an incident of low platelet levels/bleeding pro-
fusely from a simple paper cut.  This is NOT a "duplicate" IRR.  This showed
how ineffective the Granix shots were, how they failed to restore my blood
counts to safe levels, in a minimum period of time.  At the very least, this
incident shows how a compromised immune system and lack of a clotting factor
could lead to death had there been a large cut instead of a small one. Again,
Dr. Kapur told me that,"if the Granix didn't work this time, we would change
back to the Neulasta."  This was contradictory to what Dr. Kapur told my oncol-
ogist, Dr. Waheed, that "Neulasta was no longer an option."  Apparently it was
in certain circumstances.  Dr. Waheed recommended/ordered Neulasta, but worked
with Dr. Kapur since he was told Granix was the only option.  In this case,
the inability to CLOT endangered my life.  Recommendation (Neulasta) from the
outside hospital/cancer center were sidestepped/not followed.

| OFFENDER SIGNATURE | DATE |
|---|---|
| Connie Raybourn 1166670 | 1-26-15 |

**SUPERINTENDENT RESPONSE**

Chemodone.
duplicate

RECEIVED
FEB 10 2015

| SUPERINTENDENT/SECTION HEAD | DATE |
|---|---|
| Tom Allen Villam | 2/19/15 |

You have the right to appeal this decision to a division director. You must file an appeal form with the grievance officer within seven (7) days from the day you receive this decision. Failure to submit an appeal within this time frame constitutes abandonment of the grievance.

☐ I ACCEPT THIS DECISION          ☒ I APPEAL THIS DECISION

| OFFENDER SIGNATURE | | DATE |
|---|---|---|
| Connie Raybourn | | |

MO 931-3377 (12-04)

## Grievance Response

**To: Connie Raybourn #1166670**

**Institution:  WERDCC**

**Grievance Number:  WERDCC 14-429**

**Date of Grievance:  1-26-2015**

Your Grievance has been received and reviewed as well as your medical record. The purpose of this review is to determine if medically necessary health care, as determined by your health care providers, has been provided to you.

This is a duplicate grievance.  Please refer to grievance number 14-363.
As per policy D5-3.2 this is a misuse of the offender grievance process which includes the filing of duplicate grievances.  Policy prohibits the filing of a complaint more than once by the same offender on the same issue that has currently been addressed.

Since this time you have completed all of your cycles of chemo and will be followed up with the oncologists.

In conclusion, this response should solve your grievance.  Please continue to be an active member in your health care.

If your medical condition changes please address any concerns through the sick call process at your facility.

| | | |
|---|---|---|
| 02/10/2015 | 02/19/2015 | |
| Date Received | Date of Response | Marilyn Horn, RN, CCHP |
| | | Health Services Administrator |

COPY

Dr. Hari Kapur
Medical Director

RECEIVED

STATE OF MISSOURI
DEPARTMENT OF CORRECTIONS
**OFFENDER GRIEVANCE APPEAL**

⑤

| GRIEVANCE NUMBER | DATE FILED |
|---|---|
| WERDCC 14-429 | 3-4-15 |

MAR 18 2015
Grievance Office WERDCC

| OFFENDER NAME (LAST NAME, FIRST) | DOC NUMBER | INSTITUTION |
|---|---|---|
| Raybourn Connie | 1164470 | WERDCC |

**REASON FOR APPEAL**

This is not a duplicate IRR. It specifically addresses the lack of platelets/clotting ability in my blood, which reflects the ineffectiveness of the Granix shots. If cut, my inability to stop bleeding would have been life threatening. Even as in this case, a small cut could not be stopped from bleeding without a tight bandage and holding it up above my head. That's how I could tell my platelets were critically low. Blood work should confirm this. I was tested. Granix shots clearly were sub-par and ineffective. I was told numerous times "if Granix doesn't work this time, we will switch back to Neulasta instead." That's never happened.

| OFFENDER SIGNATURE | DATE |
|---|---|
| Connie Raybourn | 3-4-15 |

**RESPONSE**

RECEIVED
MAR 23 2015
CORIZON
MISSOURI REGIONAL OFFICE

RECEIVED
MAR 18 2015
DIRECTOR, DIV OF OFFENDER
REHABILITATIVE SERVICES

| SIGNATURE | DATE |
|---|---|
| | |

Finalization of this appeal represents exhaustion of this grievance pursuant to federal law, 28 CFRs 40

| OFFENDER SIGNATURE | DATE |
|---|---|
| | |

MO 931-3378 (5-03)

## OFFENDER GRIEVANCE APPEAL
## RESPONSE

**TO:**                          Raybourn, Connie #1166670

**INSTITUTION:**          Women's Eastern Reception and Diagnostic Correctional Center

**GRIEVANCE NUMBER:**      WERDCC-14-429

**DATE OF APPEAL:**       March 10, 2015

Your grievance appeal has been received and reviewed. As well, your medical record has been reviewed. The purpose of this review is to assure that timely and appropriate healthcare has been provided to you. This assessment of your medical needs may differ from your personal desires.

I understand your one original IRR complaint to be you contend that you are requesting the medication Granix to be discontinued and to receive the medication Neulasta.

Upon review of your medical record, grievance records and investigation of your concern, I found the medical staff at WERDCC has previously addressed this issue in WERDCC-14-363, this issue was responded to on April 6, 2015. Per the offender grievance policy D5-3.2, duplicate complaints: specific issues or incidents will be addressed only once by informal resolution request or offender grievance. See copy of that response. This is a duplicate complaint and will not be readdressed per MDOC policy.

Conclusion: Based on the above information, your Grievance Appeal is not supported, as outlined above. Your record shows appropriate care and treatment for your medical issues by licensed, qualified healthcare professionals with many years of experience. We rely upon the independent, discretionary medical judgment of the site physicians to determine what care, medication and treatment is needed.

This should resolve your grievance. No further action is indicated at this time.

Should your medical condition change, please address any concerns through the sick call process at your facility.

March 23, 2015          June 05, 2015          _____
Date Received          Date of Response        J. Cofield
                                               Director Operations, Constituent Services

                                               _____
                                               Reviewed by/Date
                                               T.Bredeman,D.O. Assoc. Regional Medical Director


Cc: File, H.S.A., Medical Director

**EXHIBIT A-5**

12-2474

## STATE OF MISSOURI
## DEPARTMENT OF CORRECTIONS
## INFORMAL RESOLUTION REQUEST

☐ EMERGENCY COMPLAINT

INSTITUTION USE ONLY

| OFFENDER NAME | | DOC NUMBER |
|---|---|---|
| Rayhourn Connie | | 1166670 |

| DATE STAFF RECEIVED IRR | COMPLAINT NUMBER | CATEGORY | HOUSING UNIT |
|---|---|---|---|
| 12-30-14 | 14-430 | 5 | 2B |

### COMPLAINT - ONE ISSUE - BE SPECIFIC

Oncologist's orders not being followed. Chemo drug, oxyplatin (sp?) causes severe & painful cold sensitivity. Doctor ordered scarf, gloves & warm hat.

### STATE YOUR PROBLEM BRIEFLY

Dr. Waheed, my oncologist, told me the extreme cold sensitivity may last up to 18 months after chemo. I have knife-like pain in my face, neck, hands & feet. Can't drink cold liquids. My throat "closes up" in cold air making it difficult to breathe. Gloves & hats here are too thin.

### ACTION REQUESTED: STATE REMEDIES YOU ARE SEEKING

Need an IX/approval from DOC for parents to purchase "thermal" hat, gloves & scarf. We are evacuated at all hours for fire drills & alarms & must stand outside & freeze.

### DISCUSSION OF COMPLAINT (SUMMARIZE RESULTS OF MEETING)

Not a medical issue - refer to "Custody/DSC"

☐ IRR RESOLVED BY DISCUSSION/WITHDRAWN   ☑ IRR NOT RESOLVED BY DISCUSSION

| OFFENDER SIGNATURE | DATE | STAFF SIGNATURE | DATE |
|---|---|---|---|
| Connie Rayhourn | 1-21-15 | Tina Brown RN | 01-21-15 |

### STAFF FINDINGS/RESPONSE

Hat & gloves available on canteen.
Not necessary to have special gloves

RECEIVED

JAN 05 2015

| INVESTIGATING STAFF SIGNATURE | DATE | RESPONDENT SIGNATURE | DATE |
|---|---|---|---|
| Tina Brown RN | 01-20-15 | Tina Brown RN | 01-21-15 |

| REVIEWER SIGNATURE | DATE | RESULTS |
|---|---|---|
| | 2-8-15 | ☐ SATISFACTORY   ☑ UNSATISFACTORY |

YOU HAVE THE RIGHT TO FILE A FORMAL GRIEVANCE. YOU MUST FILE A GRIEVANCE FORM WITH THE DESIGNATED STAFF WITHIN SEVEN (7) DAYS FROM THE DATE YOU RECEIVE THIS RESPONSE. FAILURE TO SUBMIT A GRIEVANCE WITHIN THIS TIME FRAME CONSTITUTES ABANDONMENT.

| OFFENDER SIGNATURE | DATE |
|---|---|
| Connie Rayhourn | 2-13-15 |

MO 931-3376 (12-04)

## IRR Response

To:  Connie Raybourn #1166670

Institution:  WERDCC

Grievance Number:  WERDCC 14-430

Date of IRR:  December 30, 2014

Your IRR has been received and reviewed as well as your medical record. The purpose of this review is to determine if medically necessary health care, as determined by your providers, has been provided to you. This assessment of your medical needs may differ from your personal desires.

Your concern is understood to be, you are requesting special gloves, hat, and scarf.

Subsequent to review and investigation, your concerns have been reviewed by the physician and by administration and at this time it is not necessary for you to have any special gloves, scarf, or hat.

In conclusion, your medical needs are being met and the physician will continue to monitor your condition.

If your medical condition changes, please address any concerns through the sick call process.

| | | |
|---|---|---|
| 01/05/2015 | 01/22/2015 | Danielle Halterman RN, DON |
| Date Received | Date of Response | Danielle Halterman, RN |
| | | Director of Nursing |

RECEIVED

STATE OF MISSOURI
DEPARTMENT OF CORRECTIONS
**OFFENDER GRIEVANCE**

| GRIEVANCE NUMBER | IRR NUMBER | DATE FILED |
|---|---|---|
| WERDCC 14-430 | WERDCC 14-430 | 2015 |

Grievance Office WERDCC

| INSTITUTION USE ONLY | | | | | |
|---|---|---|---|---|---|
| OFFENDER LAST NAME | FIRST | DOC NUMBER | HOUSING UNIT | UNIT | INSTITUTION |
| RAYBOURN | CONNIE | 1166670 | 2B-205 | | WERDCC |

**OFFENDER GRIEVANCE/REQUEST**

On my last visit to my oncologist, his nurse, Kimberly, informed me that staff from WERDCC had called and "chewed her out" for sending the hat/scarf/gloves back with me (with doc's orders to have them).  The oncologist knew all about my side effects from one of the chemo drugs, and considered my extreme cold sensitivity worthy of treatment by providing thermal outerwear.  Outerwear that is commonplace on camp.  I suffer from chronic and substantial pain due to the nerve endings in my extremities, and my throat spasms when exposed to cold air. Medical staff here "second guessed" Dr. Waheed, oncologist.  Failure to let me have the prescribed outerwear could result in further damage to nerve endings. This is a serious medical need, as I am often walking between buildings and having to evacuate and stand outside for long periods.  Partial spastic paralysis of my throat causes trouble breathing in cold.  The oncologist's nurse was treated not as a specialist, but as a nuisance.  Other patients got hats.

| OFFENDER SIGNATURE | DATE |
|---|---|
| *Connie Raybourn* | 2-13-15 |

**SUPERINTENDENT RESPONSE**

RECEIVED FEB 25 2015
~~RECEIVED FEB 24 2015~~

| SUPERINTENDENT/SECTION HEAD | DATE |
|---|---|
| *Wilbert HSA    Tom Dunn, DDOM* | 4-9-15 |

You have the right to appeal this decision to a division director. You must file an appeal form with the grievance officer within seven (7) days from the day you receive this decision. Failure to submit an appeal within this time frame constitutes abandonment of the grievance.

☐ I ACCEPT THIS DECISION          ☐ I APPEAL THIS DECISION

| OFFENDER SIGNATURE | DATE |
|---|---|
| | |

MO 931-3377 (12-04)

## Grievance Response

**To: Connie Raybourn #1166670**

**Institution: WERCC**

**Grievance Number: WERCC 14-430**

**Date of Grievance: 2/19/15**

Your Grievance has been received and reviewed as well as your medical record. The purpose of this review is to determine if medically necessary health care, as determined by your health care providers, has been provided to you.  This assessment of your medical needs may differ from your personal desires.

Your concern is understood to be: you are requesting special gloves, hat, and scarf

Subsequent to review and investigation, the results are as follows: You were seen by Dr. Waheed on 2/23/15 for a post chemo follow-up. He noted you reported tingling in your fingers that is worse in the cold. In his list of recommendations he did not mention the necessity for special gloves, hat, or scarf.

In conclusion,
It appears your medical needs have been met. If your medical condition changes please address any concerns through the sick call process at your facility.


| 2/25/15 | 4/6/15 | Jenny E Meehan |
|---|---|---|
| Date Received | Date of Response | Jenny Meehan, RN |

_____
Physician

41715@

RECEIVED

**STATE OF MISSOURI**
**DEPARTMENT OF CORRECTIONS**
**OFFENDER GRIEVANCE APPEAL**

GRIEVANCE NUMBER

WERDCC 14-430

DATE FILED
APR 2 8 2015

INSTITUTION
Central Office WERDCC

OFFENDER NAME (LAST NAME, FIRST)

Raybourn Connie

DOC NUMBER

1166670

INSTITUTION

WERSCC

**REASON FOR APPEAL**

The hat/scarf/gloves sent back with me to the institution were accompanied by Dr. Waheed's orders for me to have them, based on his assessment of neuropathy (nerve damage) from chemo treatments. His orders were ignored/destroyed. Second-guessing orders from the attending oncologist, Dr. Kapur wouldn't allow me to have the prescribed outerwear. My hair was almost gone. Other chemo patients were allowed to keep hats. I was told the scarf was a "strangulation hazard," even though canteen sells 6" extension cords! The doctors orders said "medically necessary."

OFFENDER SIGNATURE
Connie Raybourn

DATE
4-22-15

**RESPONSE**

RECEIVED
MAY 0 7 2015
CORIZON
MISSOURI REGIONAL OFFICE

RECEIVED
MAY 0 6 2015
DIRECTOR, DIV OF OFFENDER
REHABILITATIVE SERVICES

SIGNATURE

DATE

Finalization of this appeal represents exhaustion of this grievance pursuant to federal law, 28 CFRs 40

OFFENDER SIGNATURE

DATE

MO 931-3378 (5-03)

### Offender GRIEVANCE APPEAL
### RESPONSE

**TO:**                            Raybourn, Connie #1166670

**INSTITUTION:**              Women's Eastern Reception and Diagnostic Correctional Center

**GRIEVANCE NUMBER:**     WERDCC-14-430

**DATE OF APPEAL:**          April 28, 2015

Your grievance appeal has been received and reviewed.  As well, your medical record has been reviewed.  The purpose of this review is to assure that timely and appropriate healthcare has been provided to you.  This assessment of your medical needs may differ from your personal desires.

I understand your one original IRR complaint to be you contend that you are requesting special gloves, hat, and scarf.

Upon review of your medical record, grievance records and investigation of your concern, I found you were seen for a follow-up appointment/post chemo by Dr. Waheed on February 23, 2015. It is noted that you reported tingling in your fingers that was worse in the cold/weather. Your records do not reflect a recommendation by Dr. Waheed/oncologist for special gloves, hat or scarf. Please note an IOC approval from DOC is necessary. Should you have this issue during the upcoming winter, please notify the medical staff to be scheduled for evaluation. The above mentioned items, the hat and gloves may be purchased through the canteen, in the winter. Your record does not note a medical indication for special gloves at this time.

Conclusion: Based on the above information, your Grievance appeal is not supported, as outlined above. Your record shows appropriate care and treatment for your medical issues by licensed, qualified healthcare professionals with many years of experience.  We rely upon the independent, discretionary medical judgment of the site physicians to determine what care, medication and treatment is needed.

This should resolve your grievance.  No further action is indicated at this time.

Should your medical condition change, please address any concerns through the sick call process at your facility.

May 07, 2015          August 11, 2015          _____
Date Received         Date of Response          J. Cofield
                                                 Director Operations, Constituent Services

                                                 _____
                                                 Reviewed by/Date

Cc: File, HSA, Medical Director          T.Bredeman,D.O. Assoc. Regional Medical Director

**EXHIBIT A-6**

STATE OF MISSOURI
DEPARTMENT OF CORRECTIONS
INFORMAL RESOLUTION REQUEST

INSTITUTION USE ONLY

☐ EMERGENCY COMPLAINT

| OFFENDER NAME | | | | DOC NUMBER |
|---|---|---|---|---|
| Raybourn, Connie | | | | 1166670 |

| DATE STAFF RECEIVED IRR | COMPLAINT NUMBER | CATEGORY | HOUSING UNIT |
|---|---|---|---|
| 1-14-15 | 15-18 | 10 | 2B |

**COMPLAINT - ONE ISSUE - BE SPECIFIC**

*Failure to honor oncologist's orders and denial of medically necessary outerwear he gave me during my last chemo treatment.*

**STATE YOUR PROBLEM BRIEFLY**

Please see attached.

**ACTION REQUESTED: STATE REMEDIES YOU ARE SEEKING**

*Allow me to wear prescribed outerwear provided to me by my oncologist, Dr. Waheed.*

**STAFF USE ONLY**

**DISCUSSION OF COMPLAINT (SUMMARIZE RESULTS OF MEETING)**

Not resolved by discussion

| ☐ IRR RESOLVED BY DISCUSSION/WITHDRAWN | ☒ IRR NOT RESOLVED BY DISCUSSION | |
|---|---|---|
| OFFENDER SIGNATURE *Connie Raybourn* | DATE 1-16-15 | STAFF SIGNATURE *Kristi Wieder CCIIH* | DATE 1-16-15 |

**STAFF FINDINGS/RESPONSE**

See attached response.

| INVESTIGATING STAFF SIGNATURE *Kristi Wieder CCIIH* | DATE 1-16-15 | RESPONDENT SIGNATURE *Robert Lena FHSC* | DATE 1/16/15 |
|---|---|---|---|
| REVIEWER SIGNATURE | DATE 28-15 | RESULTS ☐ SATISFACTORY   ☒ UNSATISFACTORY | |

YOU HAVE THE RIGHT TO FILE A FORMAL GRIEVANCE. YOU MUST FILE A GRIEVANCE FORM WITH THE DESIGNATED STAFF WITHIN SEVEN (7) DAYS FROM THE DATE YOU RECEIVE THIS RESPONSE. FAILURE TO SUBMIT A GRIEVANCE WITHIN THIS TIME FRAME CONSTITUTES ABANDONMENT.

| OFFENDER SIGNATURE *Connie Raybourn* | DATE 2-13-15 |
|---|---|

MO 931-3376 (12-04)

IRR - Raybourn, Connie 1166670-2B-205
Re: Outerwear Issue
(Page 1 of 2)

On January 5, 2015, I was given a hat, scarf & glove set while at the Cancer Treatment Center (AMC) in Mexico, along with doctor's orders highlighted on the page. One of my chemo drugs, Oxyplantin (sp?) causes extreme cold sensitivity and nerve damage. When my throat (outer) is exposed to cold, my nerves spasm and block my airway, making it difficult to breathe. Also, knife-like stabbing nerve pain occurs in my fingers, toes, scalp and neck. The doctor informed me that this can last up to 18 months following completion of treatment. I have lost 60-70% of my hair, and when we are forced to evacuate (smoke alarms), we sometimes stand out in the cold for an hour or more. This is a serious and possibly life-threatening health risk for me because I can't breathe when my throat spasms due to cold. COI Woodrow was my escort on this

(Page 2 of 2) Raybourn 1166670

outcount/trip. When we arrived back at WERDCC she took the paper with the doctor's orders somewhere? She told me "might as well throw them in the trash — they (DOC) won't let you have them." On the trip to chemo, I told COI Woodrow about my extreme cold sensitivity and asked her to slide open the glass partition between the front & back so I could get some warm air. The bank sign on the way showed 1° Farenheit — it was freezing. COI Woodrow refused to open the slider and stated she couldn't because it was "policy." However, I've had 12 chemo treatments and no one has ever kept the partition closed, not even when only one CO escorted me. Considering my medical condition, this could have resulted in serious consequences. The cold sensitivity causes severe pain. Since COI Woodrow took my things, I have not heard where they went. I need them badly.

Jeremiah W. (Jay) Nixon
Governor

George A. Lombardi
Director



Women's Eastern Reception,
Diagnostic and Correctional Center
1101 East Highway 54
Vandalia, MO 63382
Telephone: 573-594-6686
Fax: 573-594-6789

## State of Missouri
# DEPARTMENT OF CORRECTIONS
*Ad Excelleum Conamur -- " WeStrive Towards Excellence"*

### *Inter-Office Communication*

**To:  Raybourn, Connie #1166670**

**VS:  WERDCC**

**Category- Property-loss of property**

**Log #:  15-18**

**Date:  01/16/2015**

Your Informal Resolution request has been thoroughly investigated. You contend that on January 5, you were given a hat, gloves and scarf by your oncologist at the Cancer Treatment Center along with doctor's orders on your return paperwork for these items. However, they were taken upon your arrival back at the institution. You further state, that on this medical out count that the officer kept the security partition closed between you and that you were cold as a result.

Upon completion of this investigation, policy does not support your approval of the items given to you by the oncologist. IS 20-1.9 (8. States:" No personal property acquired on outcounts will be allowed upon returning from the outcount unless specified in institutional services procedures regarding offender transportaion").  SOP 20-4.1 states "The back doors should be secured and the security screen window closed and locked." The institution has many offenders that are currently taking cancer treatments and special accommodations cannot be given to only one offender. Therefore, your IRR is denied.

Investigating Staff Signature _Jindy Windly CCMII_   Date _1-16-15_

Respondent Signature _Connie Oberg I-35316_ Date _1/10/15_

Reviewer Signature _____  Date _2-8-15_

7 days from 2-27

RECEIVED 2-3-15

STATE OF MISSOURI
DEPARTMENT OF CORRECTIONS
**OFFENDER GRIEVANCE**

| GRIEVANCE NUMBER | IRR NUMBER | DATE FILED |
|---|---|---|
| WERDCC 15-18 | WERDCC 15-18 | FEB 19 2015 |

| INSTITUTION USE ONLY | | | | Grievance Office WERDCC |
|---|---|---|---|---|

| OFFENDER LAST NAME | FIRST | DOC NUMBER | HOUSING UNIT | UNIT | INSTITUTION |
|---|---|---|---|---|---|
| RAYBOURN | CONNIE | 1166670 | 2B-205 | | WERDCC |

**OFFENDER GRIEVANCE/REQUEST**

I'd like to address the response I received which states: "...institution has many offenders that are currently taking cancer treatments and special accommodations cannot be given to only one offender." Glynnis Stewart suffered from hot flashes from chemo. She was allowed to take her personal fan to visits in the visiting room. Jane Voyles and Verna Jones, both chemo patients, were given special thermal hats on outcount and were allowed to keep them. Chemo has caused me to lose 70% of my hair, maybe more. I'm not allowed to keep my doctor-prescribed outerwear? Denial of proper clothing is intentional infliction of pain due to my extreme cold sensitivity. Nerve pain and trouble breathing while walking or standing in the cold can and will worsen my painful condition. The oncologist's nurse was "chewed out" for sending outerwear with doctor's orders back with me. Dr. Kapur ignored the oncologist's orders for thermal outerwear, second-guessing his medical orders for medical necessity.

| OFFENDER SIGNATURE | DATE |
|---|---|
| Connie Raybourn | 2-13-15 |

**SUPERINTENDENT RESPONSE**

All information in regards to your grievance has been reviewed. Your complaint is in regard to the removal of personal property acquired on a medical outcount. You are requesting to be allowed to wear the clothing items provided to you by Dr. Waheed.

This complaint is currently being addressed within WERDCC 14-430 [Medical complaint], and would be considered a duplicate or expanded complaint in accordance with **D5-3.2 Offender Grievance.**

Reports indicate that on 1/5/15 you were transported from WERDCC to a medical appointment with Dr. Waheed. During said appointment you acquired a hat, pair of gloves and scarf. These items were removed from your possession upon your return to WERDCC. The removal of said clothing items was in accordance with **IS 20-1.9 Outcounts.** Your retention would be a direct violation of department policy.

Reports further indicate that you currently possess gloves and headgear, which conform with policy. You may utilize these items for protections from the elements of weather.

Grievance Denied

| SUPERINTENDENT/SECTION HEAD | | DATE |
|---|---|---|
| Tom Glenn Awom | 32990 | 2-24-15 |

You have the right to appeal this decision to a division director. You must file an appeal form with the grievance officer within seven (7) days from the day you receive this decision. Failure to submit an appeal within this time frame constitutes abandonment of the grievance.

☐ I ACCEPT THIS DECISION          ☐ I APPEAL THIS DECISION

| OFFENDER SIGNATURE | DATE |
|---|---|
| | |

MO 931-3377 (12-04)

RECEIVED

STATE OF MISSOURI
DEPARTMENT OF CORRECTIONS
**OFFENDER GRIEVANCE APPEAL**

| GRIEVANCE NUMBER | DATE FILED |
|---|---|
| WERDCC 15-18 | 3-4-15 |
| | Grievance Office WERDCC |

OFFENDER NAME (LAST NAME, FIRST)
Raybourn Connie

| DOC NUMBER | INSTITUTION |
|---|---|
| 1166670 | WERDCC |

**REASON FOR APPEAL**

The outer wear provided by the oncologist was made of "thermal" material which retained heat and didn't allow wind or cold to penetrate. The hat & gloves I purchased here from Canteen, are thin and ineffective in protecting against cold. Hat is knit and doesn't stop wind from penetrating. The gloves are very thin jersey cloth material which doesn't keep hands warm. After losing most of my hair, I get extremely cold. Other cancer patients here have been allowed to keep outer wear they were given on outcounts, but not me. Why? Mine had doctor's orders with them. The chemo meds caused extreme nerve pain due to cold sensitivity and the oncologist said it could last 18 months.

| OFFENDER SIGNATURE | DATE |
|---|---|
| Connie Raybourn | 3-4-15 |

**RESPONSE**

RECEIVED
MAR 1 2 2015
DIV OF ADULT INSTITUTIONS
CO GRIEVANCE UNIT

| SIGNATURE | DATE |
|---|---|
| | |

Finalization of this appeal represents exhaustion of this grievance pursuant to federal law, 28 CFRs 40

| OFFENDER SIGNATURE | DATE |
|---|---|
| | |