

**Jeremiah W. (Jay) Nixon**
Governor

**George A. Lombardi**
Director

2729 Plaza Drive
P. O. Box 236
Jefferson City, MO 65102
Telephone: 573-751-2389
Fax: 573-751-4099
TDD Available

EXHIBIT F

# State of Missouri
# DEPARTMENT OF CORRECTIONS
*Ad Excelleum Conamur – "We Strive Towards Excellence"*

January 30, 2015

Ms. Anna E. Klobuchar
45 Bear Creek Drive
Wentzville, MO 63385

Dear Ms. Klobuchar:

I have received your correspondence for review and response. You express concern regarding your daughter, Connie Raybourn #1166670, and her ability to have the hat, gloves, and scarf that were provided to her from the Oncologist's facility.

I understand and acknowledge your concern for your daughter's welfare and the issue of extreme cold sensitivity. Departmental policy is in place which details clothing and items allowed while incarcerated within the Missouri Department of Corrections. In the event a specialist makes a recommendation/order, the recommendation is reviewed by the site provider and a determination is then made if the recommendation is in fact a medical necessity.

I have taken the liberty of sharing your concerns with Ms. Horn, Health Services Administrator. Ms. Horn reports Dr. Kapur has not deemed the use of the specific items as a medical necessity at this time. Ms. Raybourn can, however, purchase gloves and a hat from the Canteen and shall be allowed to have these items on her counts and during cold weather. Ms. Horn also reports Ms. Raybourn shall be seen by the site provider in the near future for further evaluation.

I hope this information is helpful and serves to allay your concerns.

Sincerely,

Jeri James, RN-BSN
Medical Contract Monitor

JJ:kg

C:     Ms. Horn, HSA/WERDCC
       Medical Record #1166670
       file