EXHIBIT G

Jeremiah W. (Jay) Nixon
Governor

George A. Lombardi
Director



2729 Plaza Drive
P. O. Box 236
Jefferson City, MO 65102
Telephone: 573-751-2389
Fax: 573-751-4099
TDD Available

## State of Missouri
## DEPARTMENT OF CORRECTIONS
*Ad Excelleum Conamur – "We Strive Towards Excellence"*

## Grievance Appeal Response

April 10, 2015

Connie Raybourn
Register #1166670
Women's Eastern Reception, Diagnostic & Correctional Center (WERDCC)

RE:   WERDCC-15-18
      Property
      Received on March 12, 2015
      Reviewed on April 10, 2015

I am in receipt of and have reviewed your grievance appeal dated March 4, 2015, regarding your complaint staff at WERDCC will not permit you to retain outerwear items, which were provided to you, by the Cancer Treatment Center. You contend during a treatment session at the Cancer Treatment Center, the nurse gave you a pair of gloves, one hat and one scarf to wear as part of your care. You claim Corrections Officer I (COI) Susan Woodrow refused to permit you to keep these items upon your arrival at WERDCC. You further claim COI Woodrow refused to open the security window in the transport vehicle during the transportation to and from the Cancer Treatment Center. You request the hat, gloves and a scarf provided by the treatment center be returned to you.

Missouri Department of Corrections policy, D5-3.2-Offender Grievance, states, *"Duplicate Complaints: Specific issues or incidents will be addressed only once by informal resolution request or offender grievance."* I find your complaint concerning the hat, gloves, and scarf is being addressed in grievance WERDCC-14-430. Furthermore, your Personal Property List indicates you possess the following items: three pairs of gloves and [STOLEN] headgear. In response to your allegation, COI Woodrow refused to allow the security window in the transport [or] vehicle to be unsecured and open during the drive to and from the Cancer Treatment Center. COI Woodrow was [LOST] acting in accordance with Missouri Department of Corrections procedure, IS/SOP20-4.2-Offender Transportation-Supervision of Hospitalized Offenders, which states, "The security window will remain closed and secured." There is no evidence to support your claim staff actions were not in accordance with policy and procedure. Due to these facts, your appeal will not be approved.

Cyndi Prudden
Deputy Division Director
Division of Adult Institutions

CP:st