# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# NORTHERN DIVISION

| | | |
|---|---|---|
| CONNIE RAYBOURN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 2:16CV10 PLC |
| | ) | |
| CORIZON INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM AND ORDER

This matter is before the Court upon plaintiff's motion for appointment of counsel. The Court has reviewed the pleadings in this matter and is of the opinion that appointment of counsel would best serve the interests of justice. As the Court is appointing counsel in this matter, the Court will deny plaintiff's motion for independent medical expert and motion to compel an appointment with Dr. Doerhoff. These motions may be raised at a later date if counsel deems them appropriate.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion for appointment of counsel [Doc. #3] is **GRANTED**.

**IT IS FURTHER ORDERED** that **GENEVIEVE NICHOLS** of the law firm of **COFFEY & NICHOLS**, 6200 Columbia Avenue, St. Louis, Missouri, 63139, 314-647-0033, is appointed to represent plaintiff in this matter. The Clerk of Court shall provide a complete copy of the court file to plaintiff's appointed counsel at no cost. The Court file shall include the entirety of Docket entry #1, as well as Docket Entry #8 and Docket Entry #11.

**IT IS FURTHER ORDERED** that plaintiff's counsel shall have until **June 1, 2016**, to file an amended complaint in this action.

**IT IS FURTHER ORDERED** that plaintiff's motion for an appointment with an independent medical expert [Doc. #9] is **DENIED WITHOUT PREJUDICE**.

**IT IS FURTHER ORDERED** that plaintiff's motion to compel an appointment with Dr. Doerhoff [Doc. #10] is **DENIED WITHOUT PREJUDICE**.

                                              /s/ Patricia L. Cohen
                                              PATRICIA L. COHEN
                                              UNITED STATES MAGISTRATE JUDGE

Dated this 6th day of April, 2016