RECEIVED

AUG 14 2019

BY MAIL

August 10, 2019

The U.S. District Court for the
Eastern District of Missouri
Attn: Gregory "Greg" Linhares, Clerk of Court
Thomas F Eagleton U.S. Courthouse
111 S 10th St, Rm 3.300
St Louis MO 63102

RE:   Connie Raybourn   Civil Action No: 2:16CV00010 PLC

Dear Mr. Linhares,

Hello. I'm writing in regard to the above civil action which was settled in mediation.

Since that time, I have been subjected to harassment from the prison staff involved in that case: CO1 Susan Woodrow and COII Donna Brown. I understand there is a prison policy which prohibits "reprisal" by staff, yet this has not been enforced.

I have notified my attorney, Genevieve Nichols, of the harassment as well. As far as I know, nothing has been done.

My question is, what recourse, if any, do I have in order to halt this harassing and abusive retaliation from these two prison guards? I am a layman to the law and would like to know if there are ways to file formal "cease and desist" documents against both of them?

I would like to report their behavior to the Director of the Dept. of Corrections, Anne Precythe, but I don't believe I can do that because of a "gag order" I agreed to when mediation was completed. As I understand it, I cannot speak of their bad acts/bad behavior entailed in the lawsuit?

Thanks for any help you can provide.

Sincerely,

Connie Raybourn

Connie Raybourn
WERDCC 1166670 8B 107
1101 E Hwy 54
Vandalia MO 63382

Connie Raybourn
WERDCC 1166670 8B 107
1101 E Hwy 54
Vandalia MO 63382

This correspondence is from an inmate in the custody of the Missouri Department of Corrections. The Department is not responsible for the content of this correspondence. For information about the Department or to verify information about the offender, please visit our website at www.doc.mo.gov.

SAINT LOUIS MO 630
13 AUG 2019 PM 8 L



MAILED FROM:
WOMEN'S EASTERN
RECEPTION, DIAGNOSTIC
& CORRECTIONAL CENTER

RECEIVED
AUG 14 2019
BY MAIL

The United States District Court for
the Eastern District of Missouri
Attn: Gregory "Greg" Linhares, Clerk of Court
Thomas F Eagleton U.S. Courthouse
111 S 10th St, Rm 3.300
St Louis MO 63102

63102-112325